

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Rodney Earl Miller,                         * Original Proceeding

No. 11-15-00068-CR                                * April 2, 2015

                                                  * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

This court has inspected the Rodney Earl Miller's petition and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed.